*AO 450 (Rev. 5/85) Judgment in a Civil Case*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JUDGMENT IN A CIVIL CASE

TIMOTHY VAN PORTFLIET,

    Plaintiff,

-v-                      CASE NUMBER: 8:05-CV-1474-T-TGW

H&R BLOCK MORTGAGE CORPORATION,

    Defendant.

☐ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered **in favor** of the defendant, H&R BLOCK MORTGAGE CORPORATION, and **against** the plaintiff, TIMOTHY VAN PORTFLIET.

DATED: SEPTEMBER 24, 2007

                                  SHERYL L. LOESCH, CLERK

                                  BY *Carrie A. Williams*
                                     Carrie A. Williams, Deputy Clerk